**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1186**

CECIL D. ADDISON,

                Plaintiff - Appellant,

        v.

VOLVO TRUCKS OF NORTH AMERICA, INCORPORATED, a/k/a Volvo
Group; IVAN MITCHELL; JOHN PENNINGTON; DAVID LILLY,

                Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Samuel G. Wilson, District
Judge.  (7:09-cv-00088-sgw-mfu)

Submitted:  June 17, 2010              Decided:  June 24, 2010

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Cecil D. Addison, Appellant Pro Se. Michael Wilson Stoker, Eric
Anthony Welter, WELTER LAW FIRM, PC, Herndon, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cecil D. Addison appeals the district court's order dismissing his Title VII complaint for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Addison v. Volvo Trucks of N. Am., Inc., No. 7:09-cv-00088-sgw-mfu (W.D. Va. Feb. 3, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED